```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

- - - - - - - - - - - - - - - -
SECURITIES AND EXCHANGE         )
COMMISSION,                     )
       Plaintiff,        )
                                )
   v.                        )   C.A. No. 10-433 S
                                )
ONLINE-REGISTRIES, INC.,        )
and DAVID G. STERN,             )
       Defendants,       )
                                )
And                             )
                                )
MICHELE RITTER,                 )
       Relief Defendant. )
- - - - - - - - - - - - - - - -

**ORDER**

WILLIAM E. SMITH, United States District Judge.

    The Report and Recommendation of United States Magistrate Judge David L. Martin filed on November 8, 2010 (ECF No. 9) in the above-captioned matter is hereby accepted pursuant to 28 U.S.C. § 636(b)(1), with the following clarifications:

    1.   Defendant David Stern ("Stern") may not use his property as security for loans obtained while this case is pending;

    2.   Stern may not obtain funds by soliciting or accepting further investments in Online-Registries, Inc.;

    3.   Stern's personal bank account at Newport Federal Savings Bank is not subject to the asset freeze so that he may access his monthly social security

benefit, as discussed in the Report and Recommendation.

4. Discovery is restricted to the period of March 31, 2005 to the present.

Plaintiff's Objection to Report and Recommendation (ECF No. 13) is rejected, Plaintiff's request for expedited discovery is DENIED, Defendant's Request for Clarification (ECF No. 10) has been rendered moot, and Defendant's Motion to Dissolve Temporary Restraining Order (ECF No. 3) is hereby DENIED.  The Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief (ECF No. 2) remains in force subject to the modifications set forth in the Report and Recommendation, as clarified by this Order.  A hearing on Preliminary Injunction shall be held as early as feasible by the Magistrate Judge, who shall issue a Report and Recommendation to this Court.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: December 8, 2010