UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND





SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff

v.                                                  Civil Action No.

                                                CA 10-433JJM

ONLINE-REGISTRIES, INC. and

DAVID G. STERN,

           Defendants

and

MICHELE RITTER,

           Relief Defendant

MOTION IN LIMINE

    The Court is asked to rule that the Commission must prove that interstate commerce was used in connection with each purchase (sale) of securities.

April 23, 2012

Respectfully submitted,

_____
David Stern
24 Elm Street
Newport, RI 02840

CERTIFICATE OF SERVICE

I, certify that the within Motion was delivered to attorney for the Plaintiff, Kathleen Burdette Shields, 33 Arch Street, 23rd floor, Boston, MA 02110, by mailing a copy to her this day, first class mail, postage prepaid.

_____
David Stern

April 23, 2012