UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND





APR 2 4 2012

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff

v.                                 Civil Action No.

                                    CA 10-433JJM

ONLINE-REGISTRIES, INC. and

DAVID G. STERN,

           Defendants

and

MICHELE RITTER,

           Relief Defendant

MOTION IN LIMINE

    The Court is asked to prohibit evidence of or reference to Defendant Stern's personal background, inasmuch as any background asserted by the Commission to be material that constitutes either an omission of a material fact or constitutes a misrepresentation of a material fact are public record. Evidence of or reference to Defendant Stern's background will unduly prejudice the jury.

April 23, 2012


Respectfully submitted,

_____
David Stern
24 Elm Street
Newport, RI 02840

CERTIFICATE OF SERVICE

I, certify that the within Motion was delivered to attorney for the Plaintiff, Kathleen Burdette Shields, 33 Arch Street, 23rd floor, Boston, MA 02110, by mailing a copy to her this day, first class mail, postage prepaid.

_____
David Stern

April 23, 2012