FILED

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

APR 24 2012

U.S. DISTRICT COURT
DISTRICT OF R.I.

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff

v.                                         Civil Action No.

                                           CA 10-433JJM

ONLINE-REGISTRIES, INC. and

DAVID G. STERN,

        Defendants

and

MICHELE RITTER,

        Relief Defendant

        MOTION IN LIMINE

    The Court is asked to find that each of the investors set forth below (those for whom the Commission is seeking disgorgement) is an accredited investor, defined a natural person with income exceeding $200,000 in each of the two most recent years or joint income with a spouse exceeding $300,000 for those years and a reasonable expectation of the same income level in the current year; or a natural person who has individual net worth, or joint net worth with the person's

spouse, that exceeds $1 million at the time of the purchase, excluding the value of the primary residence of such person;

| | |
|---|---:|
| Nancy Cetlin | 12,500 |
| Sherry Alpert | 12,500 |
| Sumner Alpert | 50,000 |
| Alyce Wright | 31,250 |
| Marc Walz | 16,125 |
| Jason Marinelli | 25,000 |
| Donna Scanlon | 18,750 |
| Cheryl Bernard | 12,500 |
| Daniel Quirk | 18,750 |
| Kevin Loflin | 500 |
| Total | 197,875 |

April 23, 2012

Respectfully submitted,

_____
David Stern
24 Elm Street
Newport, RI 02840


CERTIFICATE OF SERVICE

I certify that the within Motion was delivered to attorney for the Plaintiff, Kathleen Burdette Shields, 33 Arch Street, 23rd floor, Boston, MA 02110, by mailing a copy to her this day, first class mail, postage prepaid.

_____
David Stern

April 23, 2012