UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>  v.<br><br>ONLINE-REGISTRIES, INC., and DAVID G. STERN,<br><br>           Defendants,<br><br>  and<br><br>MICHELE RITTER,<br><br>           Relief Defendant. | Civil Action No. 10-433 M-DLM |

**JOINT MOTION FOR ENTRY OF**
**FINAL JUDGMENT AS TO DEFENDANT DAVID G. STERN**

Plaintiff Securities & Exchange Commission and Defendant David G. Stern ("Stern") respectfully request that the Court enter judgment as to Stern in the above-captioned case, in consideration of the Consent executed by Stern and filed herewith. The Consent and a proposed Final Judgment are attached to this motion at Exhibits 1 and 2.

Dated: December 4, 2012                    Respectfully submitted,

                                           SECURITIES AND EXCHANGE COMMISSION
                                           By its attorneys,

/s/ David G. Stern (by Mayeti Gametchu)    /s/ Mayeti Gametchu
David G. Stern                             Kathleen Burdette Shields (Mass. Bar No. 637438)
24 Elm Street                              Mayeti Gametchu (Mass. Bar No. 647787)
Newport, RI 02840                          33 Arch Street, 23rd Floor
401.841.5600                               Boston, Massachusetts 02110
dstern@omr.cc                              Telephone: (617) 573-8921
                                           Facsimile: (617) 573-4590
                                           E-mail: gametchum@sec.gov


## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that on December 4, 2012 I caused a true copy of the foregoing document and attachments to be filed through the ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and by email and first class mail to all non-registered participants.

                                           /s/ Mayeti Gametchu